UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN MARION,

    Petitioner,

v.

JEFFREY WOODS,

    Respondent,

_____/

Civil No. 2:12-CV-13127
HONORABLE VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE

# ORDER ACKNOWLEDING PETITIONER'S COMPLIANCE WITH THE OPINION AND ORDER STAYING THE PETITION FOR WRIT OF HABEAS CORPUS

On November 19, 2021, this Court held the petition in abeyance and administratively closed the case so that Petitioner could return to the state courts to exhaust an additional claim contained in his amended petition. The stay was conditioned on Petitioner filing his post-conviction motion for relief from judgment within ninety days of the court's order and informing the Court that the motion had been filed with the state court. *Marion v. Woods*, No. 2:12-CV-13127, 2021 WL 5416228 (E.D. Mich. Nov. 19, 2021).

Petitioner filed a notice indicating that he complied with the terms of the stay order by timely filing his motion for relief from judgment with the state court. (ECF No. 97). This Court acknowledges Petitioner's compliance with the stay order and will continue the stay.

If Petitioner does not obtain relief in the state courts, he shall file a motion to lift the stay using the same caption and case number within **ninety (90) days after the conclusion of the state court post-conviction proceedings**.

|  |  |
|---|---|
| Dated: 5/18/2022 | s/ Victoria A. Roberts<br>HON. VICTORIA A. ROBERTS<br>UNITED STATES DISTRICT JUDGE |